B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Chinook USA, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-4431852** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9509 US Highway 42, Ste. 106**<br>**Prospect, KY**<br>ZIP Code **40059** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chinook USA, LLC** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chinook USA, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**January  9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Sheri Radler**
Signature of Authorized Individual

**Sheri Radler**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**January  9, 2015**
Date

## SPECIAL RESOLUTION OF
## THE MANAGER COMMITTEE FOR
## CHINOOK USA, LLC.

### January 5, 2015

The undersigned members of the Manager Committee (the "Committee") of Chinook USA, LLC, a Delaware limited liability company (the "Company") hereby adopts the following resolutions in lieu of a special meeting and consents to the corporate actions contemplated thereby:

WHEREAS, a member of the Committee, Denis Frankenberger, informed the Committee that filing for chapter 11 bankruptcy protection would be in the best interests of the Company and its creditors.

WHEREAS, Paul Cox, Chairman of the Company was present at the special meeting but abstained from voting due to his ownership interest in the Company's secured lender.

NOW, THEREFORE, be it:

> RESOLVED that, to preserve the value of the Company and to reorganize its financial affairs, the Company file a voluntary petition for relief pursuant to chapter 11 of title 11 United States Code;
>
> FURTHER RESOLVED that Sheri Radler, Chief Financial Officer of the Company, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution; and
>
> FURTHER RESOLVED that the Company retain the law firm of Seiller Waterman LLC for representation of the Company in the chapter 11 proceedings.

WITNESS the signature of the undersigned members of the Manager Committee of Chinook USA, LLC, a Delaware limited liability company, as of the date first written above.

/s/ Mark C. Naber
Printed Name: Mark C. Naber

/s/ R. Ted Steinbock, MD
Printed Name: R. Ted Steinbock, MD

/s/ Denis Frankenberger
Printed Name: Denis Frankenberger

G:\doc\DMC\CHINOOK USA\Corp Docs\Corp Res.docx

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Chinook USA, LLC**                                                  Case No.
                        Debtor(s)                                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Megan Properties, LLC** <br> **4511 Southern Pkwy** <br> **Louisville, KY 40214** | **Megan Properties, LLC** <br> **4511 Southern Pkwy** <br> **Louisville, KY 40214** | | | **3,300,000.00** <br><br> **(1,000,000.00 secured)** |
| **3292 Brands, LLC** <br> **4450 El Camino Real** <br> **Atascadero, CA 93422** | **3292 Brands, LLC** <br> **4450 El Camino Real** <br> **Atascadero, CA 93422** | | | **505,025.00** |
| **Paul Cox** <br> **4511 Southern Pkwy.** <br> **Louisville, KY 40214** | **Paul Cox** <br> **4511 Southern Pkwy.** <br> **Louisville, KY 40214** | | | **77,000.00** |
| **Berlin Packaging** <br> **7400 West Campus Rd.** <br> **New Albany, OH 43054** | **Berlin Packaging** <br> **7400 West Campus Rd.** <br> **New Albany, OH 43054** | | | **30,894.00** |
| **David Salmon** <br> **7216 Deer Ridge Rd.** <br> **Prospect, KY 40059** | **David Salmon** <br> **7216 Deer Ridge Rd.** <br> **Prospect, KY 40059** | | | **30,174.90** |
| **PolyKing** <br> **2227 Lakewood Dr.** <br> **Nokomis, FL 34275** | **PolyKing** <br> **2227 Lakewood Dr.** <br> **Nokomis, FL 34275** | | | **21,768.75** |
| **Assemblies Unlimited** <br> **143 Covington Dr.** <br> **Bloomingdale, IL 60108** | **Assemblies Unlimited** <br> **143 Covington Dr.** <br> **Bloomingdale, IL 60108** | | | **20,983.86** |
| **BFS Services, Inc.** <br> **PO Box 1685** <br> **Coppell, TX 75019** | **BFS Services, Inc.** <br> **PO Box 1685** <br> **Coppell, TX 75019** | | | **13,399.25** |
| **Cultivate Digital, LLC** <br> **PO Box 6561** <br> **Louisville, KY 40206** | **Cultivate Digital, LLC** <br> **PO Box 6561** <br> **Louisville, KY 40206** | | | **12,245.84** |
| **Amcor** <br> **10521 South Hwy M-52** <br> **Manchester, MI 48158** | **Amcor** <br> **10521 South Hwy M-52** <br> **Manchester, MI 48158** | | | **11,289.04** |
| **KoPack Consultants** <br> **3804 Debson Way** <br> **Louisville, KY 40241** | **KoPack Consultants** <br> **3804 Debson Way** <br> **Louisville, KY 40241** | | | **10,469.71** |
| **Distinct Packabilities** <br> **PO Box 37500** <br> **Louisville, KY 40233** | **Distinct Packabilities** <br> **PO Box 37500** <br> **Louisville, KY 40233** | | | **10,459.51** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Chinook USA, LLC**                              Case No.  _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Echo Global Logistics<br>22168 Network Place<br>Chicago, IL 60673-1221 | Echo Global Logistics<br>22168 Network Place<br>Chicago, IL 60673-1221 | | | 9,457.43 |
| Krier Foods, Inc.<br>520 Wolf Rd.<br>Random Lake, WI 53075 | Krier Foods, Inc.<br>520 Wolf Rd.<br>Random Lake, WI 53075 | | | 8,744.45 |
| Strother Simpson<br>Toddy Cafe<br>PO Box 269<br>Round Top, TX 78954 | Strother Simpson<br>Toddy Cafe<br>PO Box 269<br>Round Top, TX 78954 | | | 7,500.00 |
| Merrick Printing Co.<br>808 E. Liberty St.<br>Louisville, KY 40204 | Merrick Printing Co.<br>808 E. Liberty St.<br>Louisville, KY 40204 | | | 7,260.00 |
| Warben, Inc.<br>13307 Magisterial Dr.<br>Louisville, KY 40223 | Warben, Inc.<br>13307 Magisterial Dr.<br>Louisville, KY 40223 | | | 3,900.00 |
| Westfield Insurance<br>Payment Processing<br>PO Box 9001566<br>Louisville, KY 40290-1566 | Westfield Insurance<br>Payment Processing<br>PO Box 9001566<br>Louisville, KY 40290-1566 | | | 3,687.12 |
| Humana Health Plan, Inc.<br>PO Box 528<br>Carol Stream, IL 60132-0528 | Humana Health Plan, Inc.<br>PO Box 528<br>Carol Stream, IL 60132-0528 | | | 3,241.94 |
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132 | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132 | | | 3,031.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 9, 2015**                    Signature  **/s/ Sheri Radler**
                                                       **Sheri Radler**
                                                       **CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§ 152 and 3571.

```
3292 Brands, LLC
4450 El Camino Real
Atascadero CA 93422

Access Voice & Date Solutions
1441 Lincoln Aveune
Louisville KY 40213

Advanced Business Solutions
2908 Brownboro Rd., Ste 206
Louisville KY 40206

Ali B. Boneval
5201 Kings Charles Way
Bethesda MD 20814

Amcor
10521 South Hwy M-52
Manchester MI 48158

Assemblies Unlimited
143 Covington Dr.
Bloomingdale IL 60108

Berlin Packaging
7400 West Campus Rd.
New Albany OH 43054

BFS Services, Inc.
PO Box 1685
Coppell TX 75019

Cultivate Digital, LLC
PO Box 6561
Louisville KY 40206

Dallas Container Corp.
8330 Endicott Ln.
Dallas TX 75227

David Salmon
7216 Deer Ridge Rd.
Prospect KY 40059

Dennis Gaffney
967 Forder Hill Dr.
Saint Louis MO 63129

Distinct Packabilities
PO Box 37500
Louisville KY 40233

Dragonfly Design
2604 Gardiner Ln.
Louisville KY 40205
```

Echo Global Logistics
22168 Network Place
Chicago IL 60673-1221

Flavorcraft LLC
2123 Watterson Trail
Louisville KY 40299

Game Safe
3438 Heavenly Dr.
Trenton IL 62293

Globaltranz
PO Box 203285
Dallas TX 75320

Humana Health Plan, Inc.
PO Box 528
Carol Stream IL 60132-0528

KoPack Consultants
3804 Debson Way
Louisville KY 40241

Krier Foods, Inc.
520 Wolf Rd.
Random Lake WI 53075

Level Brands
603 S. Newport Ave., #3
Tampa FL 33606

Mark Gunderson
2689 24th Road, South
Arlington VA 22206

Marla Zwakenberg
3038 Crystal Waters Way
Louisville KY 40299

Media644, LLC
4900 Leesburg Pike, #412
Alexandria VA 22302

Megan Properties, LLC
4511 Southern Pkwy
Louisville KY 40214

Merrick Printing Co.
808 E. Liberty St.
Louisville KY 40204

Michael McGee
100 Farmdale Ct.
Ft Mitchell KY 41017

Miller Document Solutions
PO Box 436087
Louisville KY 40253-6087

Office Depot
PO Box 633301
Cincinnati OH 45263

Patrick Callahan
4455 Brandywine Dr.
Newburgh IN 47630

Paul Cox
4511 Southern Pkwy.
Louisville KY 40214

PC Quest, Inc.
11508 Shelbyville Rd.
Louisville KY 40243

PolyKing
2227 Lakewood Dr.
Nokomis FL 34275

Proforma Marketing Services
6405 Cameron Ln.
Crestwood KY 40014

Seaboard Tampa Terminals, Inc.
6708 Harney Rd.
Tampa FL 33610

Stitch Designers
1601 Crums Ln.
Louisville KY 40216

Strother Simpson
Toddy Cafe
PO Box 269
Round Top TX 78954

Strum, Paletti & Wilson
713 East Market St., Ste. 100
Louisville KY 40202

Time Warner Cable
Box 223085
Pittsburgh PA 15251

Uline Shipping Supply
PO Box 88741
Chicago IL 60680

```
United Parcel Service
Lockbox 577
Carol Stream IL 60132

US Bank
PO Box 790448
Saint Louis MO 63179-0448

Warben, Inc.
13307 Magisterial Dr.
Louisville KY 40223

Welch Printing Company
350 Boxley Ave.
Louisville KY 40209

Westfield Insurance
Payment Processing
PO Box 9001566
Louisville KY 40290-1566
```